# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RICARDO MUSCOLINO,**
Appellant,

v.

**WILMINGTON TRUST, N.A. SUCCESSOR TRUSTEE TO CITIBANK N.A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2007-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2,**
Appellee.

No. 4D22-1656

[May 11, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2019-CA-016173-XXXX-MB.

James R. Ackley of the Law Offices of James R. Ackley, P.A., West Palm Beach, for appellant.

Brian K. Hole and Katherine M. Joffe of Holland & Knight LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***